USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 28 MAR 2011

**JOSHUA L. DRATEL, P.C.**
A PROFESSIONAL CORPORATION

2 WALL STREET
3rd Floor
NEW YORK, NEW YORK 10005
—
TELEPHONE (212) 732-0707
FACSIMILE (212) 571-3792
www.dratelmys.com

JOSHUA L. DRATEL
AARON MYSLIWIEC
—
ALICE L. FONTIER
STUART A. WHITE
LINDSAY A. LEWIS

STEVEN WRIGHT
*Office Manager*
RYAN DUFFEY
*Paralegal*

March 28, 2011

**BY FACSIMILE [(212) 805-0426]**

The Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re:   *United States v. Daniel Valdez,*
      S12 10 Cr. 905 (LTS)

Dear Judge Swain:

This letter is in regard to the above-entitled case, in which I have been appointed to advise Defendant Daniel Valdez with respect to the potential conflict of interest his lawyer, Peter S. Smith, Esq., might have. The Court scheduled the next hearing on this matter for Wednesday, March 30, 2011, at 3 p.m. However, due to the volume of relevant materials I need to review, and discuss with Mr. Valdez in sufficient detail, it is respectfully requested that the hearing be adjourned for at least one week. I have spoken with Assistant United States Attorney Amie Ely, who has informed me that the government consents to this request. Similarly, I have spoken to Mr. Smith, who consents as well.

Accordingly, it is respectfully requested that the hearing be adjourned for at least one week. Also, I will not be available April 7, 2011, or April 8, 2011.

Respectfully submitted,

Joshua L. Dratel

JLD/rd
cc:   Amie Ely
      Assistant United States Attorney

      Peter S. Smith, Esq.

The conference is adjourned to April 11, 2011, at 12:00pm.

**SO ORDERED.**
NEW YORK, NY
Mar 28, 2011
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE