

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 6, 2011



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11 APR 2011

**By Facsimile**

The Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street, Room 1310
New York, New York 10007

**MEMO ENDORSED**

    Re:    Daniel Valdez
            <u>United States v. Manuel Geovanny Rodriguez-Perez, et al.</u>,
            S12 10 Cr. 905 (LTS)

Dear Judge Swain:

        The Government writes to respectfully request an adjournment of the hearing regarding Peter Smith's representation of Daniel Valdez, which is currently scheduled for April 11, 2011, at noon. This Office is still considering the position to take regarding Mr. Smith's representation of both Valdez and Manuel Geovanny Rodriguez-Perez. Accordingly, I respectfully request an adjournment of the hearing for approximately two weeks.

*The matter is adjourned to*
*April 27 2011, at 10:15 AM.*

                **SO ORDERED.**

NEW YORK, NY
April 11, 2011
/s/ LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

PREET BHARARA
United States Attorney
Southern District of New York

By: /s/ Amie N. Ely
Amie N. Ely
Assistant United States Attorney
(212) 637-2214

CC:    Joshua Dratel, Esq. (Email: JDratel@joshuadratel.com)
         Peter Smith, Esq. (Email: smithlawfirm@msn.com)