LAW OFFICES OF
## DRATEL & MYSLIWIEC, P.C.
A PROFESSIONAL CORPORATION

2 WALL STREET
3rd Floor
NEW YORK, NEW YORK 10005
---
TELEPHONE (212) 732-0707
FACSIMILE (212) 571-3792
www.dratelmys.com

MEMO ENDORSED

JOSHUA L. DRATEL
AARON MYSLIWIEC
—
ALICE L. FONTIER
STUART A. WHITE
LINDSAY A. LEWIS

STEVEN WRIGHT
*Office Manager*
RYAN DUFFEY
*Paralegal*

December 16, 2011

**BY FACSIMILE [(212) 805-0426]**

The Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:   *United States v. Daniel Valdez,*
      S12 10 Cr. 905 (LTS)

Dear Judge Swain:

This letter is submitted in regard to Daniel Valdez, whom I represent by CJA appointment in the above-entitled case. Currently, Mr. Valdez's motions are due Monday, December 19, 2011. However, it is respectfully requested that the due date for Mr. Valdez's motions be extended until January 6, 2012, in order to permit defense counsel and the government to continue negotiations toward a possible disposition of the case. The extension would conserve judicial and other (CJA) resources that might not need to be expended should there be a negotiated resolution. I have spoken with Assistant United States Attorney Daniel P. Chung, and he has informed me that the government consents to this request.

Accordingly, it is respectfully requested that the due date for Mr. Valdez's pretrial motions be extended until January 6, 2012.

Respectfully Submitted,

Joshua L. Dratel

The request is granted.

JLD/
cc:   Amie Ely
      Daniel P. Chung
      Assistant United States Attorneys

SO ORDERED.

NEW YORK, NY
Dec 19, 2011
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE