LAW OFFICES OF
**DRATEL & MYSLIWIEC, P.C.**
A PROFESSIONAL CORPORATION

2 WALL STREET
3rd Floor
NEW YORK, NEW YORK 10005
---
TELEPHONE (212) 732-0707
FACSIMILE (212) 571-3792
www.dratelmys.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JAN 03 2012

JOSHUA L. DRATEL
AARON MYSLIWIEC
—
ALICE L. FONTIER
LINDSAY A. LEWIS

STEVEN WRIGHT
*Office Manager*
RYAN DUFFEY
*Paralegal*

January 3, 2012

**BY FACSIMILE [(212) 805-0426]**

The Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re:   *United States v. Daniel Valdez,*
      S12 10 Cr. 905 (LTS)

Dear Judge Swain:

This letter is submitted on behalf of Daniel Valdez, whom I represent by CJA appointment in the above-entitled matter, regarding Mr. Valdez's pretrial motions, which are currently due this Friday, January 6, 2012. It is respectfully requested that a brief extension of time to file the motions – until Wednesday, January 11, 2012 – be granted in light of several conflicting deadlines and obligations, and the attendant difficulties in allocating my small firm's resources.[1] In addition, the firm's available resources will be further depleted by a felony trial set

---

[1] In addition to the pretrial motions due in this case, I also have four additional filings which I must submit to the court on or around January 6, 2012: (1) post-trial motions in *United States v. Javel Taylor,* 11 Cr. 310 (PGG), which cannot be moved because of the jurisdictional nature of the due date; (2) a sentencing letter to Judge John G. Koetl, in a matter in which the client has expressed a strong desire to avoid (another) adjournment; (3) a submission to the Department of Justice in a federal capital prosecution (in a multi-defendant case awaiting DoJ's decisions on authorization); and (4) a detailed written status report to Judge Sidney H. Stein, in advance of a January 9, 2012, court conference, regarding an incompetent client whose 120-day observation period is close to expiration. I also must travel January 4, 2012, to attend a pretrial

LAW OFFICES OF
**DRATEL & MYSLIWIEC, P.C.**

Hon. Laura Taylor Swain
United States District Judge
Southern District of New York
January 3, 2012
Page 2 of 2

to commence on January 11, 2012, in New York County Supreme Court (and which my partner will be handling).

Lindsay A. Lewis, Esq., an associate attorney in my office, has spoken with Assistant United States Attorney Amie N. Ely, and she has informed Ms. Lewis that the government consents to this application.

Accordingly, it is respectfully requested that an extension until Wednesday, January 11, 2012, be granted for the filing of Mr. Valdez's pretrial motions.

Respectfully Submitted,

*[signature]*

Joshua L. Dratel

JLD/lal

cc: Amie N. Ely
Assistant United States Attorney

*The request is granted.*

SO ORDERED.

NEW YORK, NY  *[signature]*
LAURA TAYLOR SWAIN
Jan 3, 2012  UNITED STATES DISTRICT JUDGE

---

conference in another federal capital prosecution in Islip, New York. I anticipate that conference, involving at least a dozen defendants, will consume at least half that day.