59529-SPM

## Request for Adjournment

| | |
|---|---|
| **To:** Honorable Laura Taylor Swain<br>U.S. District Judge | **Offense:**<br>Ct. 1: Conspiracy to Distribute Marihuana<br>(21 USC 846) |
| **From:** Susan P. Matthews<br>Senior U.S. Probation Officer | Ct. 2: Offense Committed While on Release<br>(18 USC 3147) |
| **Re:** Valdez, Daniel<br>DKT.# 10 CR 905-51(LTS) | **Current Sentence Date:** August 8, 2012<br><br>**Defense Counsel:** Joshua Dratel |
| **Date:** July 16, 2012 | |
| **AUSA:** Amie Ely | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

An adjournment is requested for the following reason:

The undersigned officer was recently out of the office for several days in order to care for a family memeber who had recently undergone surgery. As such, additional time is needed to prepare and disclose the Presentence Report in a timely manner. As such the Probation Office requests a new date of sentence of approximately four weeks from the current date of sentence, specifically on or after September 8, 2012.

Neither the Assistant U. S. Attorney nor defense counsel has an objection to this adjournment request.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 1 8 2012
```

NY 201
(Rev.3/98)

Valdez, Daniel                                                                                           59529/S.P. Matthews

- 2 -

It is requested that Your Honor indicate the Court's decision as provided on the following page. Counsel will be notified of the Courts' decision by copy of this form.

                                                                            Respectfully submitted,

                                                                            MICHAEL J. FITZPATRICK
                                                                            Chief U.S. Probation Officer

                                                                            By: _____
                                                                            Susan P. Matthews
                                                                            Senior U.S. Probation Officer
                                                                            (212) 805-5170

Approved by:

_____  7/16/12
Thomas E. Mixon            Date
Supervising U.S. Probation Officer

NY 201
(Rev.3/98)

Valdez, Daniel                                              59529/S.P. Matthews

- 3 -

AN ADJOURNMENT IS GRANTED: ✓

IF APPROVED, NEW DATE OF SENTENCE  9/27/12  TIME & ROOM  11:00 AM  Courtroom 11C

REQUEST IS DENIED _____

OTHER: _____

7/17/12
DATE

HONORABLE LAURA TAYLOR SWAIN
U.S. DISTRICT JUDGE

cc:   Amie Ely
      Assistant U.S. Attorney

      Joshua Dratel
      2 Wall Street, 3rd Floor
      New York, NY 10005

NY 201
(Rev.3/98)