LAW OFFICES OF
## DRATEL & MYSLIWIEC, P.C.
A PROFESSIONAL CORPORATION

2 WALL STREET
3rd Floor
NEW YORK, NEW YORK 10005
—
TELEPHONE (212) 732-0707
FACSIMILE (212) 571-3792
www.dratelmys.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 2 7 2012

JOSHUA L. DRATEL
AARON MYSLIWIEC
—
ALICE L. FONTIER
LINDSAY A. LEWIS

STEVEN WRIGHT
*Office Manager*
RYAN DUFFEY
*Paralegal*

July 25, 2012

**BY FACSIMILE [(212) 805-0426]**

The Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:   *United States v. Daniel Valdez,*
      S12 10 Cr. 905 (LTS)

Dear Judge Swain:

This letter is submitted on behalf of Daniel Valdez, whom I represent by CJA appointment in the above-entitled matter, in regard to his sentencing, now scheduled for September 27, 2012. The date for sentencing was recently adjourned from its previously scheduled date of August 8, 2012, at the request of the Office of Probation because the Presentence Report is not yet complete.

The Sentencing Memorandum on behalf of Mr. Valdez is due today, however I have not yet received the Presentence Report. In accordance with the newly scheduled September 27, 2012, sentencing date, Mr. Valdez respectfully requests permission to file his sentencing memorandum after receipt of the PSR, and that all other subsequent submissions, including the government's submission, also be adjourned. My associate, Lindsay A. Lewis, Esq., has spoken with Assistant United States Attorney Amie Ely, and she informed me that the government consents to this request.

LAW OFFICES OF
**DRATEL & MYSLIWIEC, P.C.**

Hon. Laura Taylor Swain
United States District Judge
Southern District of New York
July 25, 2012
Page 2 of 2

Thank you for your attention to this matter.

*The request is granted.*
SO ORDERED

NEW YORK, NY

July 27, 2012
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

Respectfully Submitted,

Joshua L. Dratel

JLD/lal
cc:  Assistant United States Attorney Amie N. Ely (by facsimile)