UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA

-v-

No. 10 Crim. 905 (LTS)

DANIEL VALDEZ (51),

        Defendant.

-------------------------------------------------------------X

### ORDER

The sentencing scheduled for January 22, 2012, is hereby adjourned to **Friday, April 19, 2013, at 2:00 p.m.**

SO ORDERED.

Dated: New York, New York
      January 18, 2013

LAURA TAYLOR SWAIN
United States District Judge

VALDEZ SENT ADJ.WPD     VERSION 1/18/13     1